59 CCPA

**PUERTO RICO DISTILLERS, INC.,**
Appellant,

v.

**KO-OPERATIEVE WIJNBOUWERS
VERENIGING VAN ZUID-AFRI-
KA BEPERKT, Appellee.**

**Patent Appeal No. 8729.**

United States Court of Customs
and Patent Appeals.

Sept. 7, 1972.

Milton Osheroff, Washington, D. C.
(Tashof & Osheroff, Washington, D.
C.), attorneys of record, for appellant.

Boynton P. Livingston, J. Timothy
Hobbs, Gary Bohlke, Washington, D. C.
(Mason, Fenwick & Lawrence, Wash-
ington, D. C.), attorneys of record, for
appellee.

Before RICH, Acting Chief Judge,
ALMOND, BALDWIN and LANE,
Judges, and CLARK, Justice (Ret.),
United States Supreme Court, sitting by
designation.

CLARK, Associate Justice.

This is a cancellation proceeding in
which Puerto Rico Distillers, Inc.
(PRD) seeks to cancel the registration [1]
of Ko-Operatieve Wijnbouwers Verenig-
ing Van Zuid-Afrika Beperkt (KWV) of
a trademark applied to brandy. PRD
claims that KWV's trademark so resem-
bles its own registered marks [2] for rum,
all of which antedate 1965, that it will
cause confusion or mistake or deceit to
the injury of PRD. The Trademark
Trial and Appeal Board [3] denied the pe-
tition to cancel and we affirm.

---

1. Registration No. 831,268, issued June 27,
1967 on the Supplemental Register.

2. Registration No. 733,908, issued July 3,
1962 for "Ron Llave"; Registration No.
733,907, issued July 3, 1962 for "Ron
Llave" in association with a key, ribbon
and slogan "keyed to your taste"; and

Registration No. 780,029, issued Novem-
ber 10, 1964 for "Ron Llave" in associa-
tion with a key, ribbon and slogan "La
Llave de la Alegria" (translated "key to
joy").

3. Opinion abstracted at 163 USPQ 492.

As PRD says, the sole issue is: Does KWV's mark so resemble those of PRD as to be likely, when applied to KWV's goods, to cause confusion, or to cause mistake, or to deceive? While we agree with PRD and the board that rum and brandy are "similar or related", the board found the marks here "clearly distinguishable" and we pass directly to that finding.

PRD insists that a key design is the dominant and conspicuous aspect of both registrations which creates a "distinct separate commercial impression" and results in a likelihood of confusion, citing among other cases Finn v. Cooper's Inc., 292 F.2d 55, 48 CCPA 1132 (1961). We print the trademarks for comparative purposes:

[A6318]

We consider the trademarks, as did the board, in their entireties, United-Hagie Hybrids, Inc. v. Escambia Chemical Corp., 404 F.2d 987, 56 CCPA 800 (1969); we compare the sound, the meaning and the appearance of the marks. The sounds of the three marks of PRD involve the Spanish words "Ron Llave," while the letters "KWV" are the only prominent and distinctive element of the KWV mark. The symbol of a key on each mark has no sound. Diamond Alkali Co. v. Dundee Cement Co., 343 F. 2d 781, 52 CCPA 1216 (1965). We find no similarity in the sounds. As to meaning, PRD's mark "Ron Llave" may be translated into "key rum" or, as it also says, "keyed to your taste"; KWV, on the other hand, relates itself to "very old South African Liqueur Brandy." Coming to the appearance of the marks, the visual impressions are entirely different both in form and in content. Each mark features a design and words. In PRD's the words "Ron Llave" are certainly dominant while in the other mark the letters "KWV" are dominant and absolutely different. The latter also has an association seal with a legend above it while PRD's has no seal or legend, but plays up a key with a slogan "keyed to your taste." The key in the KWV mark, on the other hand, is the smaller of the images upon the mark. In summation we find the marks distinct and entirely dissimilar in every aspect.

The denial of the petition for cancellation is therefore affirmed.

Affirmed.